# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**WARREN ISAACS,**                                  Civil No. 05-155 MJD/SRN

    **Plaintiff,**

**v.**

                                         **ORDER**

**JO ANNE B. BARNHART,**

    **Defendant.**

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 7, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 11, 2006.

                                                   s / Michael J. Davis
                                                   Judge Michael J. Davis
                                                   United States District Court Judge